UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY ELLIOT KLAYMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIA PORTER, et al.,<br><br>    Defendants. | Civil Action No. 20-3109 (RBW) |
| LARRY ELLIOT KLAYMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIA PORTER, et al.,<br><br>    Defendants. | Civil Action No. 20-3579 (RBW) |
| LARRY ELLIOT KLAYMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW KAISER, et al.,<br><br>    Defendants. | Civil Action No. 21-965 (RBW) |

**<u>ORDER</u>**

  In accordance with the oral rulings issued by the Court at the status conference held on October 29, 2021, via teleconference, it is hereby

1

**ORDERED** that the Defendants' Motion for Consolidation of Related Cases, ECF No. 45, is **REINSTATED** and **GRANTED**. It is further

**ORDERED** that Case No. 20-cv-3579 and Case No. 21-cv-965 are **CONSOLIDATED** with Case No. 20-cv-3109. It is further

**ORDERED** that the parties shall make all future filings only in Case No. 20-3109, and the Clerk of the Court shall refuse to accept any filings in Case No. 20-cv-3579 and Case No. 21-cv-965. It is further

**ORDERED** that the Defendants' Motion for an Injunction Against Vexatious Litigation by Plaintiff, ECF No. 21, is **REINSTATED**. It is further

**ORDERED** that, on or before November 29, 2021, the plaintiff shall file his supplement to his opposition, ECF No. 35, by November 29, 2021. It is further

**ORDERED** that, on or before November 19, 2021, the defendants shall file one motion to dismiss that combines all of their arguments in support of dismissal of all three complaints. It is further

**ORDERED** that, on or before November 29, 2021, the plaintiff shall file his opposition to the defendants' forthcoming motion to dismiss. It is further

**ORDERED** that, on or before December 6, 2021, the defendants shall file their reply, if any, in support of their motion to dismiss. It is further

**ORDERED** that, on March 7, 2022, at 9:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). This status conference will serve as a target date for the Court's resolution of the pending motions. In the event that the Court is

unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.

    **SO ORDERED** this 2nd day of November, 2021.

REGGIE B. WALTON<br>United States District Judge